1  KELLEY DRYE & WARREN LLP
     Kimberly C. Carter (State Bar No. 221283)
2    kcarter@kelleydrye.com
3  1800 Century Park East, Suite 600
   Los Angeles, CA 90067-4008
4  Telephone:  (310) 712-6100
5  Facsimile:  (310) 712-6199

6
   KELLEY DRYE & WARREN LLP
7    Lauri A. Mazzuchetti (*pro hac vice forthcoming*)
     lmazzuchetti@kelleydrye.com
8    Whitney M. Smith (*pro hac vice*)
9    wsmith@kelleydrye.com
   One Jefferson Road, 2nd Floor
10 Parsippany, NJ 07054
11 Telephone:  (973) 503-5900
   Facsimile:   (973) 503-5950
12

13 *Attorneys for Defendant Alorica Inc.*

14

15              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**
16

17 | LEAH EDWARDS | Case No.:  8:19-cv-02124-JMH-DFMx |
   |---|---|
18 | Plaintiff, | **DEFENDANT ALORICA INC.'S NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** |
19 | | |
20 | v. | |
21 | ALORICA INC, | |
22 | Defendant. | Date:  July 2, 2021<br>Time:  9:00 a.m. |
23 | | |
24 | | Judge:  Hon. John W. Holcomb<br>Place:  Courtroom 2 |
25 | | |

26
27
28

NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2 **PLEASE TAKE NOTICE** that on July 2, 2021 at 9:00 a.m., or as soon thereafter as the matter may be heard before the Honorable John W. Holcomb, District Judge for the Central District of California, in Courtroom 2 of the George E. Brown Jr. Federal Building and United States Courthouse, 3470 12th Street, Riverside, CA 92501, Defendant Alorica, Inc. ("Defendant" or "Alorica"), will and hereby does move this Court for judgment on the pleadings in its favor as to all of the claims for relief asserted in this action (the "Motion").

This Motion is made pursuant to Rule 12(c) of the Federal Rules of Civil Procedure on the grounds that Plaintiff fails to state a claim under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), because she has failed to sufficiently allege the elements required for her claim, namely that she was purportedly contacted via an Automatic Telephone Dialing System ("ATDS"). This Motion is based on this Notice of Motion, the attached Memorandum of Points and Authorities and all pleadings and papers on file in this action, and any oral argument or documentary matters as may be presented to the Court at or before the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on April 23, 2021.

///
///
///
///
///
///
///
///

1
NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS

| | | |
|---|---|---|
| 1 | Dated: May 21, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Kimberly C. Carter* |
| 4 | | Kimberly C. Carter |
| 5 | | KELLEY DRYE & WARREN LLP |
| 6 | | Kimberly C. Carter (State Bar No. 221283) |
| 7 | | 1800 Century Park East, Suite 600 |
| | | Los Angeles, California 90067 |
| 8 | | Telephone: (310) 712-6100 |
| 9 | | Facsimile: (310) 712-6199 |
| | | kcarter@kelleydrye.com |
| 10 | | |
| 11 | | Lauri A. Mazzuchetti (*pro hac forthcoming*) |
| 12 | | Whitney M. Smith (*pro hac vice*) |
| | | One Jefferson Road, 2nd Floor |
| 13 | | Parsippany, New Jersey 07054 |
| 14 | | Telephone: (973) 503-5900 |
| | | Facsimile: (973) 503-5950 |
| 15 | | lmazzuchetti@kelleydrye.com |
| | | wsmith@kelleydrye.com |
| 16 | | |
| 17 | | *Attorneys for Defendant Alorica, Inc.* |

2
NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS