JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEAH EDWARDS, | Case No. 8:19-CV-02124-JWH-DFMx |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALORICA, INC., | |
| Defendant. | |

Pursuant to the Order Granting the Motion of Defendant Alorica, Inc., for Judgment on the Pleadings filed concurrently herewith,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.

2. Defendant Alorica, Inc. shall have **JUDGMENT** in its favor, and against Plaintiff Leah Edwards.

3. All claims for relief in Edwards' Complaint are **DISMISSED without leave to amend**.  This action is **DISMISSED with prejudice**.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 30, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE